396 A.2d 20

Commonwealth v. Craig, Appellant.

Submitted March 20, 1978. John E. Feather, Jr., Assistant Public Defender, for appellant; George E. Christianson, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 21

Commonwealth v. Davis, Appellant.

Submitted September 21, 1977. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.